IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| vs. | *   No. 4:14CV00502 SWW * |
| VANCE M. STRANGE, III, | * * * |
| Defendant. | * * |

## Judgment

Pursuant to the Order entered in this matter on this date, it is hereby declared that Metropolitan Property and Casualty Insurance Company has no obligation to defend and indemnify Vance M. Strange, III, under the Personal Excess Liability Policy No. 6055748980 on claims brought by Dianne Renee Eads against Vance M. Strange, III, in the Circuit Court of Columbia County, Arkansas, Docket No. CV-2009-227-4th.

IT IS SO ORDERED this 14th day of May, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE